UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WELLS FARGO BANK, N.A.,

       Plaintiff,                                  Case No. 1:15-cv-784

v.                                                    HON. JANET T. NEFF

DELOIS BARTLEY,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action. Plaintiff filed a Motion to Remand for Lack of Jurisdiction (Dkt 9). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 7, 2016, recommending that Plaintiff's motion be granted and this matter be remanded to the Kent County 61st District Court. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 11) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand for Lack of Jurisdiction (Dkt 9) is GRANTED and this matter is REMANDED to the Kent County 61st District Court for the reasons stated in the Report and Recommendation.


Dated: April 26, 2016                                    /s/Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge