**UNITED STATES DISTRICT COURT**
RICT OF MICHIGAN
F THE CLERK
vd.uscourts.gov

FILED - MQ
November 15, 2021 1:47 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc  SCANNED BY: 11/15/21

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377-1559

314 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226-2021

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
330 FEDERAL BLDG
202 W WASHINGTON ST
P.O. BOX 698
MARQUETTE, MI 49855
OFFICIAL BUSINESS

r 28, 2021

Delois Bartey
1136 Fuller Ave., SE
Grand Rapids, MI 49506

who presided over the above-mentioned case.

ht to her attention that while she presided over
ownership of stock neither affected nor
her stock ownership would have required recusal
Judges, and thus, Judge Neff directed that I

nce Codes of Conduct Committee, provides
cation that is not discovered until after a judge

he parties the facts bearing on
e facts are learned, even
try of the decision. The parties
f they may seek, and a court
will decide the legal
om the participation of the
d decision.

disqualification after a Court of Appeals
lar considerations would apply when a
dge, and it is later learned that the judge was

vited to respond to Judge Neff's disclosure
respond, please submit your response on or
ill be considered by another judge of this

NIXIE  482  TE 1  0011/09/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
BC: 498559659898  *0125-05568-29-37*

KINGSFORD MI 498
29 OCT 2021 PM 1
S82731.072
$0.530 US POSTAGE FIRST-CLASS
062S0009564996 49855